# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 18, 2022

Lyle W. Cayce
Clerk

No. 20-40731
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Gabriel Razo-Elizarraras,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:19-CR-1715-1

Before Davis, Jones, and Elrod, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Gabriel Razo-Elizarraras has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Razo-Elizarraras has not filed a response. We have reviewed

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40731

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. However, we disagree with counsel's assertion that the statement of reasons should be modified to correct a purported clerical error. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.